UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 JUL 21 AM 10: 51
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| Petitioner, § | |
| § | |
| V. § | Civil Action No. A-11-CA-612 |
| § | |
| JAMES A. BREWER, § | |
| § | |
| Respondent. § | |

### ORDER

This matter is before the Court on a "Petition to Enforce Internal Revenue Service Summons" filed by the United States of America, and upon review of the Petition, the exhibits attached thereto and the Affidavit/Declaration of Bertha Nwimo, IRS Revenue Officer, it is this day

ORDERED the Respondent, James A. Brewer, appear at the office of the IRS Revenue Officer assigned to handle this matter, at the Internal Revenue Service, 12301 Research Blvd., Bldg. IV, Austin, Texas 78759, Tel. (512) 464-3436, on the 22nd day of August 2011, at 1:30 p.m., for purpose of obeying the IRS Summons served upon the said Respondent requiring Respondent to appear and give testimony relating to the tax liability or the collection of the tax liability of said Respondent and to bring with him all the items set out in the Summons subject of this action and to testify. In the event that said Respondent fails to appear before the IRS Revenue Officer at the time and place herein above set forth, or fails at such time and place to produce the information and records required by said Summons, it is further

ORDERED that the said Respondent appear before the United States District Court for the Western District of Texas, Austin Division, on the 26th day of August 2011, at 9:00 A.m., at the United States Courthouse, 200 West 8th Street, Austin, Texas, Courtroom No. 2, and show cause why Respondent should not be held in contempt for failing to appear at the time and place designated in this Order and why said Respondent should not be directed to produce the records and documents listed in said Order and to testify.

SIGNED this 21st day of July 2011.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE