IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 SEP 28 PM 4: 08

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
                  DEP

UNITED STATES OF AMERICA,
                    Petitioner,

-vs-                                              Case No.  A-11-CA-612-SS

JAMES A. BREWER,
                    Respondent.

---

## O R D E R

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and thereafter, enters the following:

On August 26, 2011, this Court entered an order affirming its oral order in open court on August 26, 2011, that the defendant James A. Brewer failed to appear before the Internal Revenue Service on August 22, 2011, or before this Court on August 26, 2011, as ordered, and therefore was in contempt of Court for said failure.  At the request of the United States, Mr. Brewer was ordered to meet with the Internal Revenue Service agents and produce books and records and comply with the IRS summons within thirty (30) days of August 26, 2011.  The undersigned is now advised that no such compliance was made by Mr. Brewer.  In fact, the only response of Mr. Brewer to this Court's orders have been the filings on September 12 and 26, 2011, of multiple nonsensical pleadings.

Accordingly,

IT IS THEREFORE ORDERED that the United States Marshal shall forthwith place Mr. James A. Brewer in custody and bring him to the United States District Court in Austin, Texas.

SIGNED this the 27th day of September 2011.

SAM SPARKS
UNITED STATES DISTRICT JUDGE

612 contempt order.wpd